NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRADLEY ALAN DUGAN,                    )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D18-4801
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Polk
County; Kelly P. Butz, Judge.

Howard L. Dimmig, II, Public
Defender, and Tosha Cohen, Assistant
Public Defender, Bartow, for Appellant.


PER CURIAM.


            Affirmed.


KELLY, SALARIO, and ATKINSON, JJ., Concur.